CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christian Anthony Costley**; DOB: 1997; United States<br>**Brenton David Shipp**; DOB: 1985; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-2954MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 9, 2025, in the District of Arizona, **Christian Anthony Costley** and **Brenton David Shipp,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Manuel Guerrero-Mora and Jorge Guadalupe Elenes-Guerrero, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 9, 2025, in the District of Arizona (Sonoita), at approximately 2:27 p.m., Border Patrol Agents (BPAs) were notified that a white Nissan Titan with Arizona license plate 7EA241 was driving in a manner consistent with an alien smuggling attempt. BPAs noted that a common tactic used by smuggling organizations is to utilize times around shift change due to the lack of Border Patrol presence. Utilizing various Integrated Fixed Towers (IFT), BPAs were able to follow the route that the Titan was taking. The travel route included driving south on Forest Service Road (FSR) 227 and turning west on FSR 61 where the Titan then dropped into Bodie Canyon and proceeded towards Acorn Wash. Acorn Wash is a common location where illegal aliens are picked up because it located approximately three-quarters of a mile north of the border and it has a lower elevation, which makes it difficult for IFTs to observe the area. Near Acorn Wash, several individuals were seen entering the Titan from the passenger side. After picking up the individuals, the Titan drove west on FSR 61 and then north on FSR 58 passed Sharps Pens. At approximately 3:05 p.m., BPAs waiting near the intersection of FSR 799 and FSR 58, saw the Titan approach and then turnaround and drive back south on FSR 58 in an apparent attempt to avoid Border Patrol. BPAs followed the Titan and confirmed via the license plate that it was the same truck observed by the IFT picking up individuals in Acorn Wash.

At approximately 3:16 p.m., BPAs initiated a vehicle stop on the Titan, but it failed to yield. BPAs pursuit the Titan for approximately three and a half miles before it yielded near the intersection of FSR 766 and FSR 61 at approximately 3:19 p.m. BPAs approached the vehicle and opened the driver's door and issued commands to the occupants to keep their hands visible. The driver, identified as **Christian Anthony Costley**, held his hands up in a surrendering posture. BPAs removed **Costley** from the vehicle and then opened the passenger door and removed the passenger, identified as **Brenton David Shipp**. BPAs observed five individuals wearing camouflage squeezed into the back seat of the Titan. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Manuel Guerrero-Mora and Jorge Guadalupe Elenes-Guerrero

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>/s/ |
|---|---|
| Sworn by telephone  x | OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>/s/ | DATE<br>August 11, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Price

**Continued from front page.**
An immigration inspection was performed on the five individuals from the back seat, including Manuel Guerrero-Mora, and Jorge Guadalupe Elenes-Guerrero, and determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Manuel Guerrero-Mora, and Jorge Guadalupe Elenes-Guerrero do not possess the proper documentation to enter, pass through, or remain in the United States legally. While processing at the station and through further investigation and interviews, BPAs determined that one of the five individuals in the back seat was a juvenile, who was identified as the foot guide. That individual is charged in a separate case.

Material witness Manuel Guerrero-Mora stated that he is a citizen of Mexico and that he was going to pay $9,000 to be smuggled into the United States. He was picked up from a stash house in Santa Cruz, Mexico and dropped off in a mountainous area where he illegally crossed the border by jumping a small, barbed wire fence. Guerrero-Mora stated that he was being guided by a younger male that knew where he was going and had knowledge of the route they were walking. Guerrero-Mora stated they walked for approximately 30 minutes before reaching a dirt road where they were picked up by a white pickup truck approximately 20 minutes later. Guerrero-Mora stated that there were already two people in the vehicle and that the front passenger opened the door for his group to get in. Guerrero-Mora stated that the driver made an erratic stop and U-turn, and he felt that something was not right because both the driver and passenger began to freak out and argue. He was able to hear emergency sirens and feared for his life due to the erratic driving. Guerrero-Mora stated that the truck made no additional stops and there was only one driver of the vehicle. Guerrero-Mora was able to identify the driver of the vehicle as **Christian Anthony Costley**, the passenger as **Brenton David Shipp**, and the foot guide through six-pack photo lineups. He was also able to positively identify the vehicle.

Material witness Jorge Guadalupe Elenes-Guerrero stated that he is a citizen of Mexico. He stated he traveled to Cananea, Mexico where he was met by an individual who took him to a ranch to stay the night. In the morning, he stated he was picked up and driven to a mountainous area where they walked for approximately one hour before arriving at the border. Elenes-Guerrero stated that he was being guided by a younger guy who knew where he was going and had knowledge of the route they were walking. They crossed the border by jumping over a small, barbed wire fence and walked for an additional 30 minutes before arriving at a dirt road where they waited approximately 15 minutes before a white pickup truck with two males in the vehicle arrived at their location. Elenes-Guerrero stated that the driver of the vehicle instructed his group to get in and keep their heads down. He stated that the driver and passenger observed Border Patrol and freaked out and made a sudden U-turn and sped off. Elenes-Guerrero stated that the vehicle made no additional stops and there was only one driver. Elenes-Guerrero was able to identify the driver of the vehicle as **Christian Anthony Costley**, the passenger as **Brenton David Shipp**, and the foot guide through six-pack photo lineups. He was also able to positively identify the vehicle.